| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) COLEMAN, EDWARD J. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report 08/10/2015 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

UNITED STATES BANKRUPTCY JUDGE

**5a. Report Type** (check appropriate type)

- [ ] Nomination     Date
- [ ] Initial   [✓] Annual   [ ] Final

**5b.** [✓] Amended Report

**6. Reporting Period**
01/01/2014
to
12/31/2014

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
125 BULL STREET, ROOM 240
SAVANNAH, GEORGIA 31402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

- [ ] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  CO-TRUSTEE | SURRETT & COLEMAN, P.A PROFIT SHARING PLAN |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

- [ ] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. JUNE, 2013 | AGREEMENT REGARDING DIVISION ACCOUNTS RECEIVABLE AND ASSETS OF FORMER LAW FIRM, SURRETT & COLEMAN, P.A. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | WAGES FROM SURRETT & COLEMAN, P.A. | $17,645.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK OF AMERICA | PERSONAL CREDIT CARD | J |
| 2. SURRETT & COLEMAN, P.A. PROFIT SHARING PLAN | PERSONAL LOAN FOR MOVING EXPENSES | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 - SCWAB | A | Int./Div. | J | T | | | | | |
| 2. - AT&T | | | | | | | | | |
| 3. - GE | | | | | | | | | |
| 4. - MELCO CROWN ENTMT ADR F | | | | | | | | | |
| 5. - CHARLES SCWAB BANK | | | | | | | | | |
| 6. SUNTRUST BANK, N.A. | A | Interest | J | T | | | | | |
| 7. QUEENSBOROUGH NATIONAL BANK | | None | J | T | | | | | |
| 8. QUEENSBOROUGH NATIONAL BANK | | None | J | T | | | | | |
| 9. SURRETT & COLEMAN, P.A. PENSION PLAN | D | Dividend | M | T | | | | | |
| 10. - MORGAN STANLEY BANK, N.A. | | | | | | | | | |
| 11. - ABBVIE, INC (ABBV) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 12. - ACTAVIS PLC (ACT) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 13. - ACTAVIS PLC (ACT) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 14. - ALTRIA GROUP INC. (MO) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 15. - AMERICAN ELEC. POWER (AEP) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 16. - ANHEUSER BUSCH INBEV (BUD) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 17. - ARCHER DAN MIDLAND (ADM) | | | | | Buy | 01/14/14 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ARCHER DAN MIDLAND (ADM) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 19. - ARRIS GROUP COM NEW (ARRS) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 20. - ARRIS GROUP COM NEW (ARRS) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 21. - ASTRAZENECA PLC ADS (AZN) | | | | | Buy | 12/17/14 | J | | Surrett Coleman PSP |
| 22. - AT&T | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 23. - AUTOMATIC DATA PROC (ADP) | | | | | Buy | 04/14/14 | J | | Surrett Coleman PSP |
| 24. - BCE, INC (BCE) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 25. - BP PLC ADS (BP) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 26. - CHEVRON (CVX) | | | | | Sold | 01/14/14 | J | | Surrett Coleman PSP |
| 27. - CONAGRA FOODS (CAG) | | | | | Sold | 01/14/14 | J | | Surrett Coleman PSP |
| 28. - DIGITAL REALTY TRUST | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 29. - DOMINION RES INC (NEW)(D) | | | | | Buy | 12/17/14 | J | | Surrett Coleman PSP |
| 30. - DU PONT (DD) | | | | | Buy | 04/11/14 | J | | Surrett Coleman PSP |
| 31. -- ELI LILLY & CO. (LLY) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 32. - EXPRESS SCRIPTS HLDG CO (ESRX) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 33. - EXPRESS SCRIPTS HLDG CO (ESRX) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 34. - GENERAL ELECTRIC (GE) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - GlaxoSmithKline PLC ADS (GSK) | | | | | Sold | 01/17/14 | J | | Surrett Coleman PSP |
| 36. - GlaxoSmithKline PLC ADS (GSK) | | | | | Buy | 10/31/14 | J | | Surrett Coleman PSP |
| 37. - GlaxoSmithKline PLC ADS (GSK) | | | | | Sold | 12/22/14 | J | | Surrett Coleman PSP |
| 38. - HALYARD HEALTH, INC.(HYH) | | | | | Buy | 10/31/14 | J | | Surrett Coleman PSP |
| 39. - HUNTINGTON INGALLS (HII) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 40. - HUNTINGTON INGALLS (HII) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 41. - INTEL CORP (INTC) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 42. - JAZZ PHARMACEUTICALS (JAZZ) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 43. - JAZZ PHARMACEUTICALS (JAZZ) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 44. - JPMORGAN CHASE (JPM) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 45. - KIMBERLY CLARK (KMB) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 46. - KRAFT FOODS (KRFT) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 47. - LOCKHEED MARTIN CORP (LMT) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 48. - MARATHON PETROL CORP (MPC) | | | | | Buy | 01/14/14 | J | | Surrett Coleman PSP |
| 49. - MARATHON PETROL CORP (MPC) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 50. - MARVELL TECH GRP LTD (MRVL) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 51. - MARVELL TECH GRP LTD (MRVL) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MCDONALDS CORP (MCD) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 53. - MICROSOFT (MSFT) | | | | | Sold | 01/14/14 | J | | Surrett Coleman PSP |
| 54. - NETAPP INC COM (NTAP) | | | | | Buy | 01/14/14 | J | | Surrett Coleman PSP |
| 55. - NETAPP INC COM (NTAP) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 56. - NEXTERA ENERGY (NEE) | | | | | Sold | 01/14/14 | J | | Surrett Coleman PSP |
| 57. - NXP SEMICONDUCTORS NV (NXPI) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 58. - NXP SEMICONDUCTORS NV (NXPI) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 59. - OCCIDENTAL PETROLEUM (OXY) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 60. - PACCAR, INC. (PCAR) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 61. - PG&E (PCG) | | | | | Sold | 01/14/14 | J | | Surrett Coleman PSP |
| 62. - PHILIP MORRIS INTL (PM) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 63. - PPL CORPORATION (PPL) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 64. - PRUDENTIAL FINANCIAL (PRU) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 65. - PRUDENTIAL FINANCIAL (PRU) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 66. - SOUTHWEST AIRLINES (LUV) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 67. - SOUTHWEST AIRLINES (LUV) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 68. - SPECTRA ENERGY CORP (SE) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TERNIUM SA ADR (TX) | | | | | Buy | 01/17/14 | J | | Surrett Coleman PSP |
| 70. - TERNIUM SA ADR (TX) | | | | | Sold | 04/11/14 | J | | Surrett Coleman PSP |
| 71. - THOMSON REUTERS (TRI) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 72. - TORONTO DOM BK NEW (TD) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 73. - VENTAS INC. (VTR) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 74. - VERIZON COMMUNICATIONS (VZ) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 75. - PROSHARES SHORT S&P500 (SH) | | | | | Sold | 06/20/14 | K | | Surrett Coleman PSP |
| 76. - POWERSHARES S&P 500 (SPLV) | | | | | Buy | 12/09/14 | M | | Surrett Coleman PSP |
| 77. - MUT FND: BGCIX | | | | | | | | | |
| 78. - MUT FND: BSIIX | | | | | | | | | |
| 79. - MUT FND: CCRZX | | | | | Buy | 11/26/14 | J | | Surrett Coleman PSP |
| 80. - MUT FND: ACRNX | | | | | Sold | 10/28/14 | K | | Surrett Coleman PSP |
| 81. - MUT FND: SGIIX | | | | | Sold | 10/28/14 | K | | Surrett Coleman PSP |
| 82. - MUT FND: GHUIX | | | | | Sold | 10/28/14 | K | | Surrett Coleman PSP |
| 83. - MUT FND: FAGCX | | | | | Buy | 04/11/14 | J | | Surrett Coleman PSP |
| 84. - MUT FND: HFRAX | | | | | | | | | |
| 85. - MUT FND: IVAEX | | | | | Sold | 04/11/14 | K | | Surrett Coleman PSP |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - MUT FND: MFLDX | | | | | Sold | 07/31/14 | K | | Surrett Coleman PSP |
| 87. - MUT FND: HCOAX | | | | | Buy | 06/09/14 | K | | Surrett Coleman PSP |
| 88. - MUT FND: HCOAX | | | | | Buy | 06/25/14 | K | | Surrett Coleman PSP |
| 89. - MUT FND: HCOAX | | | | | Sold | 08/05/14 | J | | Surrett Coleman PSP |
| 90. - MUT FND: HCOAX | | | | | Buy | 08/13/14 | J | | Surrett Coleman PSP |
| 91. - MUT FND: HCOAX | | | | | Buy | 08/25/14 | K | | Surrett Coleman PSP |
| 92. - MUT FND: HCOAX | | | | | Sold | 10/17/14 | K | | Surrett Coleman PSP |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. - MUT FND: MDIJX | | | | | | | | | |
| 98. - MUT FND: STRYX | | | | | | | | | |
| 99. - MUT FND: WEIMX | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 08/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWARD J. COLEMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544